JUDGE BUCHWALD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

   - v. -                            :       **SEALED INDICTMENT**

KARIM ELKORANY,                     :       20 Cr. ___ (___)

             Defendant.          :       20 CRIM 437

- - - - - - - - - - - - - - - - x

      1.  Since at least in or about 2005 up to at least in or about April 2018, KARIM ELKORANY, the defendant, worked in international aid, development, and/or foreign relations.  From in or about October 2013 up to in or about April 2016, ELKORANY worked for the United Nations Children's Fund in Iraq.  From in or about July 2016 up to in or about April 2018, ELKORANY worked as a Communications Specialist for the United Nations (the "UN") in Iraq.

      2.  The charges set forth herein stem from the 2016 drugging and sexual assault of a female victim ("Victim-1") by KARIM ELKORANY, the defendant, while working for the UN in Iraq, and his subsequent efforts to conceal that assault through, among other things, false statements to federal agents investigating that drugging and assault and similar incidents involving at least five other women ELKORANY drugged and sexually assaulted, or attempted to sexually assault, between in or around 2009 and in or

around 2016 in the United States, Iraq, and Egypt, among other locations.

3.   In particular, after commencing an investigation into the multiple sexual assaults described above, in or about November 2017, Special Agents with the Federal Bureau of Investigation ("FBI") approached KARIM ELKORANY, the defendant, at his residence in New Jersey, and sought to question him about the allegations regarding Victim-1, in particular.  ELKORANY agreed to speak with the agents, and during the interview, falsely denied the allegations made by Victim-1 and further stated that he had never provided drugs to Victim-1.

**The Defendant's Drugging and Sexual Assault of Victim-1**

4.   In or about November 2016, KARIM ELKORANY, the defendant, drugged and sexually assaulted Victim-1 in Iraq, where he was stationed while working for the UN.  Victim-1 had food and alcoholic beverages with ELKORANY at a restaurant, after which ELKORANY brought Victim-1 to his apartment.  While at ELKORANY's apartment, Victim-1 was rendered unconscious.  Victim-1 regained consciousness for brief periods, during which she observed ELKORANY sexually assaulting her but was physically unable to stop him.  ELKORANY, among other things, put his penis in Victim-1's mouth and anally penetrated Victim-1.

5.   In or about December 2016, Victim-1 reported the sexual assault to the UN.  Specifically, Victim-1 reported to the

UN that KARIM ELKORANY, the defendant, drugged and sexually assaulted her. The UN initiated an investigation, through which ELKORANY was notified of the substance of Victim-1's allegations against him.

6. KARIM ELKORANY, the defendant, resigned from the UN in or about March 2018.

### The Defendant's Similar Assaults or Attempted Assaults of At Least Five Additional Women

7. In addition to the drugging and sexual assault of Victim-1, federal agents were investigating a pattern of similar conduct by KARIM ELKORANY, the defendant, involving other women. In each instance, ELKORANY drugged the victim before sexually assaulting or attempting to sexually assault the victim while the victim was unconscious or partially conscious.

8. In particular, between in or around 2009 and in or around 2016, KARIM ELKORANY, the defendant, sexually assaulted or attempted to sexually assault at least five victims after the victims were rendered unconscious after consuming alcoholic beverages prepared by ELKORANY. When some of the victims regained consciousness, some or all of their clothing had been removed. In some instances, after they awoke, ELKORANY informed the victims, in substance and in part, that they had sexual intercourse, oral sex, and/or anal sex with him. In some instances, when or after

3

the victims regained consciousness, the victims experienced genital and anal discomfort and pain.

**The Defendant's False Statements to the FBI About Victim-1**

9. On or about November 3, 2017, Special Agents working with the New York Field Office of the FBI conducted a voluntary interview of KARIM ELKORANY, the defendant, outside of his residence. Agents conducting the interview identified themselves and informed ELKORANY, in substance and in part, that they were investigating, among other things, his interactions with Victim-1. During that interview, ELKORANY, who expressed familiarity with the nature and substance of the allegations made by Victim-1 to the UN, as described in paragraphs 4 and 5, above, stated, in substance and in part, that the allegations Victim-1 had made to the UN were false. ELKORANY also stated that he had not used drugs with Victim-1 or provided Victim-1 with any drugs.

**STATUTORY ALLEGATIONS**

**COUNT ONE**
**(False Statements)**

The Grand Jury charges:

10. Paragraphs 1 through 9 are incorporated by reference herein.

11. On or about November 3, 2017, in the Southern District of New York and elsewhere, KARIM ELKORANY, the defendant, in a matter within the jurisdiction of the executive branch of the

4

Government of the United States, knowingly and willfully falsified, concealed, and covered up material facts by trick, scheme, and device, and made materially false, fictitious, and fraudulent statements and representations, to wit, ELKORANY falsely told Special Agents with the FBI that Victim-1's complaint to the UN against ELKORANY was false.

(Title 18, United States Code, Section 1001(a)(2).)

## COUNT TWO
### (False Statements)

The Grand Jury further charges:

12. Paragraphs 1 through 9 are incorporated by reference herein.

13. On or about November 3, 2017, in the Southern District of New York and elsewhere, KARIM ELKORANY, the defendant, in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully falsified, concealed, and covered up material facts by trick, scheme, and device, and made materially false, fictitious, and fraudulent statements and representations, to wit, ELKORANY

falsely told Special Agents with the FBI that ELKORANY never used drugs with Victim-1 or provided Victim-1 with any drugs.

(Title 18, United States Code, Section 1001(a)(2).)

_____
FOREPERSON

_____
AUDREY STRAUSS
Acting United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

KARIM ELKORANY,

Defendant.

**SEALED INDICTMENT**

20 Cr. ___ (___)

(18 U.S.C. § 1001.)

AUDREY STRAUSS
Acting United States Attorney.

**A TRUE BILL**

_____
Foreperson.