AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cr-437 |
| Karim Elkorany | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Karim Elkorany

Date: 09/02/2020

*Attorney's signature*

Dawn Cardi
*Printed name and bar number*

99 Madison Avenue
8th Fl.
New York, NY 10016

*Address*

dcardi@cardiedgarlaw.com
*E-mail address*

(212) 481-7770
*Telephone number*

(212) 271-0665
*FAX number*