

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 2, 2020

**By ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Karim Elkorany*,
             20 Cr. 437 (NRB)

Dear Judge Buchwald:

    The Government respectfully writes in the above-captioned matter, with consent of the defendant, to request that the Court schedule an initial pretrial conference. The Government understands that the parties are available at, among other times, the morning of September 10, 2020. The Government further understands that the defendant prefers to appear remotely at the initial conference, in light of the COVID-19 pandemic.

                                    Respectfully submitted,

                                    AUDREY STRAUSS
                                    Acting United States Attorney

          By:    <u>s/ Daniel C. Richenthal</u>
                  Daniel C. Richenthal
                  Amanda L. Houle
                  Lara Pomerantz
                  Assistant United States Attorneys
                  (212) 637-2109/2194/2343

cc:    (by ECF)

        Counsel of Record