UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

20-CR-437( )( ) NB

KARIM ELKORANY

    Defendant(s).
-----------------------------------------------------------X

Defendant __KARIM ELKORANY__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ✓ teleconferencing:

✓ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Bail/Detention Hearing

✓ Conference Before a Judicial Officer

_Karim Elkorany_ /s/ DMC /Dawn Cardi/
Defendant's Signature      Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

KARIM ELKORANY      DAWN M. CARDI
Print Defendant's Name      Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/2/2020
Date

_James L. Cott_
JAMES L. COTT
United States Magistrate Judge