UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   - v. -

KARIM ELKORANY,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>UNSEALING ORDER</u>

S1 20 Cr. 437 (NRB)

      Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorneys Amanda L. Houle, Lara Pomerantz, and Daniel C. Richenthal;

      It is found that the superseding indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have the superseding indictment unsealed, it is therefore

      ORDERED that the superseding indictment in the above-captioned action be unsealed for all purposes.

Dated:  New York, New York
         October 29, 2020

                                              HONORABLE NAOMI REICE BUCHWALD
                                              UNITED STATES DISTRICT JUDGE