UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

   - v. -                         :      **SEALED**
                                   **SUPERSEDING INDICTMENT**

KARIM ELKORANY,                    :      S1 20 Cr. 437 (NRB)

           Defendant.          :

- - - - - - - - - - - - - - - - x

        1.   Since at least in or about 2005 up to at least in or about April 2018, KARIM ELKORANY, the defendant, worked in international aid, development, and/or foreign relations. From in or about October 2013 up to in or about April 2016, ELKORANY worked for the United Nations Children's Fund in Iraq. From in or about July 2016 up to in or about April 2018, ELKORANY worked as a Communications Specialist for the United Nations (the "UN") in Iraq. ELKORANY thereafter resided in the United States.

        2.   The charges set forth herein stem from KARIM ELKORANY, the defendant, drugging and sexually assaulting or attempting to sexually assault multiple women, in the United States, Iraq, and Egypt, among other locations, and ELKORANY's efforts to conceal his conduct through, among other things, false statements to federal agents investigating ELKORANY's 2016 drugging and sexual assault of a particular female victim ("Victim-1") while ELKORANY was working for the UN in Iraq.

3. After commencing an investigation into multiple sexual assaults of KARIM ELKORANY, the defendant, in or about November 2017, Special Agents with the Federal Bureau of Investigation ("FBI") approached ELKORANY at his residence in New Jersey, and sought to question him about the allegations regarding Victim-1. ELKORANY agreed to speak with the agents, and during the interview, falsely denied the allegations made by Victim-1 and further stated that he had never provided drugs to Victim-1.

### The Defendant's Assaults or Attempted Assaults of at Least Seven Women

4. Between in or around 2009 and in or around 2019, KARIM ELKORANY, the defendant, sexually assaulted or attempted to sexually assault at least six victims, in addition to Victim-1, after the victims were rendered unconscious, including after consuming beverages prepared or presented by ELKORANY. When some of the victims regained consciousness, some or all of their clothing had been removed. In some instances, after they awoke, ELKORANY informed the victims, in substance and in part, that they had sexual intercourse, oral sex, and/or anal sex with him. In some instances, when or after the victims regained consciousness, the victims experienced genital and anal discomfort and pain.

5. Between in or around 2014 and in or around 2019, KARIM ELKORANY, the defendant, drugged and sexually assaulted a particular female victim ("Victim-2") in the United States and

Iraq, among other locations, on multiple occasions. Victim-2 was rendered unconscious after consuming beverages or food prepared or presented by ELKORANY. In some instances, after Victim-2 regained consciousness, Victim-2 experienced anal discomfort and pain. At times relevant to this Indictment, including in or about October 2015, Victim-2 was a contractor for a UN organization.

### The Defendant's Drugging and Sexual Assault of Victim-1

6. In or about November 2016, KARIM ELKORANY, the defendant, drugged and sexually assaulted Victim-1 in Iraq, where he was stationed while working for the UN. Victim-1 had food and alcoholic beverages with ELKORANY at a restaurant, after which ELKORANY brought Victim-1 to his apartment. While at ELKORANY's apartment, Victim-1 was rendered unconscious. Victim-1 regained consciousness for brief periods, during which she observed ELKORANY sexually assaulting her but was physically unable to stop him. ELKORANY, among other things, put his penis in Victim-1's mouth and anally penetrated Victim-1.

7. In or about December 2016, Victim-1 reported the sexual assault to the UN. Specifically, Victim-1 reported to the UN that KARIM ELKORANY, the defendant, drugged and sexually assaulted her. The UN initiated an investigation, through which ELKORANY was notified of the substance of Victim-1's allegations against him.

8. KARIM ELKORANY, the defendant, resigned from the UN in or about March 2018.

**The Defendant's False Statements to the FBI About Victim-1**

9. On or about November 3, 2017, Special Agents working with the New York Field Office of the FBI conducted a voluntary interview of KARIM ELKORANY, the defendant, outside of his residence. Agents conducting the interview identified themselves and informed ELKORANY, in substance and in part, that they were investigating, among other things, his interactions with Victim-1. During that interview, ELKORANY, who expressed familiarity with the nature and substance of the allegations made by Victim-1 to the UN, as described in paragraphs 6 and 7, above, stated, in substance and in part, that the allegations Victim-1 had made to the UN were false. ELKORANY also stated that he had not used drugs with Victim-1 or provided Victim-1 with any drugs.

### STATUTORY ALLEGATIONS

#### COUNT ONE
(False Statements)

The Grand Jury charges:

10. Paragraphs 1 through 9 are incorporated by reference herein.

11. On or about November 3, 2017, in the Southern District of New York and elsewhere, KARIM ELKORANY, the defendant, in a matter within the jurisdiction of the executive branch of the

4

Government of the United States, knowingly and willfully falsified, concealed, and covered up material facts by trick, scheme, and device, and made materially false, fictitious, and fraudulent statements and representations, to wit, ELKORANY falsely told Special Agents with the FBI that Victim-1's complaint to the UN against ELKORANY was false.

(Title 18, United States Code, Section 1001(a)(2).)

## COUNT TWO
### (False Statements)

The Grand Jury further charges:

12. Paragraphs 1 through 9 are incorporated by reference herein.

13. On or about November 3, 2017, in the Southern District of New York and elsewhere, KARIM ELKORANY, the defendant, in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully falsified, concealed, and covered up material facts by trick, scheme, and device, and made materially false, fictitious, and fraudulent statements and representations, to wit, ELKORANY falsely told Special Agents with the FBI that ELKORANY never used drugs with Victim-1 or provided Victim-1 with any drugs.

(Title 18, United States Code, Section 1001(a)(2).)

## COUNT THREE
### (Assault of an Internationally Protected Person)

The Grand Jury further charges:

14. Paragraphs 1 through 9 are incorporated by reference herein.

15. In or about late October 2015, in Iraq, and in an offense begun and committed out of the jurisdiction of any particular State or district of the United States, KARIM ELKORANY, the defendant, a national of the United States, who is expected to be arrested in the Southern District of New York, assaulted, struck, wounded, imprisoned, and offered violence to an internationally protected person, and made a violent attack upon the person and liberty of such person, and attempted to commit the foregoing, and in the commission of such acts, used a deadly and dangerous weapon, and inflicted bodily injury, to wit, ELKORANY drugged and sexually assaulted Victim-2 in Dohuk, Iraq.

(Title 18, United States Code, Sections 112(a) and 3238.)

_____
FOREPERSON

_____
AUDREY STRAUSS
Acting United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

KARIM ELKORANY,

Defendant.

SEALED SUPERSEDING INDICTMENT

S1 20 Cr. 437 (NRB)

(18 U.S.C. §§ 112(a), 1001, 3238.)

AUDREY STRAUSS
Acting United States Attorney.

**A TRUE BILL**

_____
Foreperson.