```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                        20 CR 437 (NRB)

KARIM ELKORANY,

            Defendant.                Telephone Conference

------------------------------x
                                      New York, N.Y.
                                      February 9, 2021
                                      10:35 a.m.
```

Before:

>                HON. NAOMI REICE BUCHWALD,
>
>                             District Judge

                        APPEARANCES

AUDREY STRAUSS
     United States Attorney for the
     Southern District of New York
BY:  DANIEL RICHENTHAL
     LARA POMERANTZ
     Assistant United States Attorneys

CARDI & EDGAR LLP
     Attorneys for Defendant
BY:  DAWN M. CARDI
     CHAD L. EDGAR

1        (Case called)
2        THE COURT:  Good morning.  This is Judge Buchwald.
3        Who is on the phone for the government?
4        MS. POMERANTZ:  Good morning, your Honor, Lara
Pomerantz and Daniel Richenthal for the government.
6        THE COURT:  Who is on the phone for the defendant?
7        MS. CARDI:  Good morning, your Honor, Dawn Cardi and
Chad Edgar for Mr. Elkorany, who is also present on the phone.
9        THE COURT:  Mr. Elkorany, I just want to confirm that
back in September you signed a consent to proceed by
teleconference going forward.  Is it still your agreement?
12       THE DEFENDANT:  Yes, your Honor.
13       THE COURT:  Could I get a status update on this case,
please.
15       MS. POMERANTZ:  Yes, your Honor.
16       The government has produced or made available all Rule
16 discovery currently in our possession.  We expect that we
will have another limited production in the near future, but we
have produced the underlying search warrant which was served on
Apple.
21       We requested a hard drive from defense counsel in mid
January to produce additional electronic images of certain
devices.  Those are copies of certain of the electronic devices
that were seized from his residence.  We have not yet received
such a hard drive from defense counsel, but we anticipate

1  receiving that some time this week from them, we understand,
2  but we also have already produced copies of several of his
3  other electronic devices comprising the bulk of what was
4  received.
5       Since we last appeared before the Court, a review of
6  the defendant's devices and other electronic materials for
7  privileged materials or attorney work product is underway.  And
8  once the potentially privileged materials are segregated, we
9  will identify the responsive materials and produce that set to
10 the defendant.  But, as noted, he already has full images, to
11 the extent he has requested them, and provided a hard drive.
12 That is, your Honor, to say, other than a small set for which
13 he has not provided a hard drive since we requested one last
14 month.
15      With that, your Honor, the government would propose
16 setting a motion schedule today.
17      THE COURT:  Ms. Cardi, do you want to add anything?
18      MS. CARDI:  We are in agreement with the government,
19 and we are prepared to set a motion schedule today.  We would
20 like 90 days to file motions in this matter.
21      THE COURT:  Do you have a specific date in mind?
22      MS. CARDI:  Well, let me just say, I haven't looked,
23 but I will right now -- I would say May 10, your Honor.
24      THE COURT:  Ms. Pomerantz, how long would the
25 government like --

1    MS. POMERANTZ: Your Honor, as an initial matter, we
2 would request an earlier date in terms of starting the motion
3 practice. The defense counsel has already received the
4 materials needed to make motions, namely, search warrant
5 affidavits and other materials and has had this for some time.
6 In light of there being multiple victims of the offenses and
7 the nature of the offenses, we would like to move this case
8 forward. We would propose a schedule that's more expedited.
9    MS. CARDI: Your Honor, if you want me to respond.
10    THE COURT: Sure.
11    MS. CARDI: Or not.
12    THE COURT: You can say what you wish.
13    MS. CARDI: Your Honor, these are some very, we
14 believe, very unique and perhaps first-impression motions, some
15 of them. There is an enormous amount of discovery that we have
16 had to review. And we really do need that period of time in
17 order to prepare the motions that we think are appropriate and
18 relevant in this case.
19    In terms of my schedule, we are doing trials in the
20 state court by video. I have a civil practice. I have two
21 trials scheduled.
22    Under all of the circumstances, I think that that is
23 the best I can do in terms of when these motions would be due.
24    THE COURT: I want you to do your best, so May 10 is
25 the date.

1          MS. CARDI:  Thank you.

2          THE COURT:  Ms. Pomerantz, when do you propose to
3 submit the government's response?

4          MS. POMERANTZ:  Your Honor, I think given the schedule
5 and what Ms. Cardi just said, we would ask for 30 days.

6          THE COURT:  June 10.  OK?

7          MS. POMERANTZ:  OK, your Honor.  Thank you.

8          THE COURT:  Ms. Cardi.

9          MS. CARDI:  I consent to speedy trial time.

10         THE COURT:  Reply papers.

11         MS. CARDI:  I'm sorry.  Reply papers.  Three weeks,
12 your Honor, and that would be the 1st of July.

13         THE COURT:  I assume that there is no objection to
14 waiving the speedy trial time until July 1, correct?

15         MS. CARDI:  That's correct.

16         THE COURT:  I find that a continuance until July 1
17 serves the ends of justice and outweighs the best interests of
18 the public and the defendant in a speedy trial and it will
19 permit time for defense counsel to make motions that it is
20 intending to and for the government to respond.

21         Is there anything else at this time?

22         MS. CARDI:  No, your Honor.

23         THE COURT:  Ms. Pomerantz.

24         MS. POMERANTZ:  Your Honor, just to make sure I am
25 clear, I know you mentioned excluding speedy trial time through

1 July 1. Is July 1 the date --
2     THE COURT: It is the date the reply papers are due.
3 As you know, there is then an automatic 30-day extension that
4 applies. After we get the papers, we will either -- I don't
5 know what the motions are. I don't have any concept of what's
6 coming. We will see if it is necessary to schedule a hearing,
7 I don't know, or whether oral argument is appropriate. Maybe
8 neither of them. And we will give you a written decision.
9     7/1 is simply the end of the briefing, which will then
10 start an automatic extension of the speedy trial clock.
11     MS. POMERANTZ: Understood, your Honor. Thanks very
12 much. That was very helpful.
13     THE COURT: Anything else, anybody?
14     MS. POMERANTZ: Nothing from the government.
15     THE COURT: Thank you, everyone. Please stay well.
16     (Adjourned)