

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Nina Epstein
Diane Ferrone

May 4, 2021

**BY ECF**

Honorable Naomi Reice Buchwald
United Stated District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

     Re:    United States v. Elkorany, 20 Cr. 437 (NRB)

Dear Judge Buchwald:

     We represent Mr. Karim Elkorany in the above-captioned proceeding.  We write to request a modification of the pending briefing schedule for pretrial motions.  Currently, defense counsel is scheduled to file its initial pre-trials motions by May 10, 2021, the government is to file its opposition by June 10, 2021 and defense counsel is to file its reply by July 1, 2021.  Due to certain scheduling and workflow issues, defense seeks permission to file its pre-trial motions by May 17, 2021.  Under the modified schedule, the government would have an additional week to file its opposition, i.e., by June 17, 2021 and defense counsel would file its reply by the same date as currently contemplated – July 1, 2021.  This is the first request by defense counsel to modify the briefing schedule for pretrial motions and the government does not oppose the application.

     We thank the court in advance for its consideration of this request.

                           Respectfully submitted,

                           /s/

                         Dawn M. Cardi
                         Chad L. Edgar

cc:    AUSA Daniel Richenthal
        AUSA Lara Pomerantz
        AUSA Robert Sobelman
        AUSA Amanda Houle (all by ECF)

Application granted.

SO ORDERED.

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:    New York, N.Y.
             May 5, 2021