

**Partners**
Dawn M. Cardi
Chad L. Edgar

**Associates**
Jessica Friedrich
Joanna C. Kahan

**Of counsel**
Nina Epstein
Diane Ferrone

May 19, 2021

**BY ECF**

Honorable Naomi Reice Buchwald
United Stated District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Elkorany*, 20 Cr. 437 (NRB)

Dear Judge Buchwald:

    We represent Mr. Karim Elkorany in the above-captioned proceeding.  We write to seek permission to file under seal exhibits to a declaration that is in support of defendant's motion to suppress certain search warrants that were authorized in the above-referenced proceeding.  In this case, there is a court-ordered protective order that requires redacting and/or filing under seal documents that the government produces to defense and that defense, in turn, intends to use in court filings that are comprised of sensitive information about the investigation and circumstances surrounding allegations of sexual assault.  The government and defense counsel have agreed that while the notice of motion, memorandum in support of the motion and the attorney declaration itself do not need to be redacted or filed under seal, the exhibits used in connection with the declaration merit filing under seal.  We provide those documents under separate cover and by email for the Court's review.

    We thank the Court for its consideration of this matter.

    Respectfully submitted,

    /s/
    Dawn M. Cardi
    Chad L. Edgar

Application granted.
SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated:   New York, N.Y.
         May 20, 2021

cc:    AUSA Daniel Richenthal
      AUSA Lara Pomerantz
      AUSA Robert Sobelman
      AUSA Amanda Houle (all by ECF)

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com