

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Nina Epstein
Diane Ferrone

July 1, 2021

**BY ECF**

Honorable Naomi Reice Buchwald
United Stated District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Elkorany*, 20 Cr. 437 (NRB)

Dear Judge Buchwald:

    We represent Mr. Karim Elkorany in the above-captioned proceeding.  We write to notify the Court that today we have provided to the government defense counsel's reply memorandum due for filing today.  As some of the documents associated with defense counsel's initial briefing of the pending pretrial motion had information that may be subject to the so-ordered protective order in this case, we continue to confer with the government about its view as to how to proceed in terms of filing and/or redacting and/or seeking the Court's permission to file under seal the reply memorandum.

                Respectfully submitted,

                /s/

                Dawn M. Cardi
                Chad L. Edgar

cc:    AUSA Daniel Richenthal
        AUSA Lara Pomerantz
        AUSA Robert Sobelman
        AUSA Amanda Houle (all by ECF)

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com