

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 23, 2021

**By ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Karim Elkorany*,
              20 Cr. 437 (NRB)

Dear Judge Buchwald:

      The Government respectfully submits this letter to request, with the consent of the defendant, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from July 30, 2021, until October 28, 2021, in order to permit time for the Court to adjudicate the defendant's pending pretrial motions and for the defendant to continue reviewing the discovery materials produced by the Government. The Government notes that time presently is automatically excluded until at least July 30, 2021, pursuant to 18 U.S.C. § 3161(h)(1)(D), in light of the defendant's pending pretrial motions.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:    s/ Daniel C. Richenthal
       Daniel C. Richenthal
       Amanda L. Houle
       Lara Pomerantz
       Robert B. Sobelman
       Assistant United States Attorneys
       (212) 637-2109/2194/2343/2616

Application granted. The Court excludes time under the Speedy Trial Act until October 28, 2021. See 18 U.S.C. § 3161(h)(7)(A)

SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:    New York, N.Y.
            July 26, 2021

cc:    (by ECF)

       Counsel of Record