**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 27, 2021

**By ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Karim Elkorany*,
      20 Cr. 437 (NRB)

Dear Judge Buchwald:

The Government respectfully submits this letter in the above-captioned matter to request, with the consent of the defendant, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today, October 27, 2021, until November 29, 2021, to permit time for the defendant to continue reviewing discovery materials produced by the Government and the parties to discuss a potential pretrial disposition of this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   s/ Daniel C. Richenthal
      Daniel C. Richenthal
      Amanda L. Houle
      Lara Pomerantz
      Robert B. Sobelman
      Assistant United States Attorneys
      (212) 637-2109/2194/2343/2616

cc:   (by ECF)

      Counsel of Record

*So Ordered*
*[signature] Reice Buchwald, USDJ*
*10/28/21*