U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 27, 2021

**By ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Karim Elkorany*,
           20 Cr. 437 (NRB)

Dear Judge Buchwald:

       The Government respectfully submits this letter in the above-captioned matter to request, with the consent of the defendant, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from Monday, November 29, 2021, until December 29, 2021, to permit time for the defendant to continue reviewing discovery materials produced by the Government and the parties to discuss a potential pretrial disposition of this matter.

                                 Respectfully submitted,

                                   DAMIAN WILLIAMS
                                 United States Attorney

            By:    /s/ Robert B. Sobelman
                      Daniel C. Richenthal
                      Amanda L. Houle
                      Lara Pomerantz
                      Robert B. Sobelman
                      Assistant United States Attorneys
                      (212) 637-2109/2194/2343/2616

cc:     (by ECF)

       Counsel of Record

---

Application granted.  The Court excludes time under the Speedy Trial Act until December 29, 2021.  See 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

/s/ Naomi Reice Buchwald
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:    November 29, 2021
              New York, N.Y.