U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 27, 2021

**By ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application granted.  The Court
> excludes time under the Speedy Trial
> Act until January 28, 2022.
> See 18 U.S.C. § 3161(h)(7)(A).
>
> SO ORDERED.
>
> *[signature]*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
> Dated:     December 28, 2021
>            New York, N.Y.

Re:  *United States v. Karim Elkorany*,
     20 Cr. 437 (NRB)

Dear Judge Buchwald:

       The Government respectfully submits this letter in the above-captioned matter to request, with the consent of the defendant, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from December 29, 2021, until January 28, 2022, to permit time for the defendant to continue reviewing discovery materials produced by the Government and the parties to discuss a potential pretrial disposition of this matter.

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney

              By:    *[signature: Robert B. Sobelman]*
                            Daniel C. Richenthal
                            Amanda L. Houle
                            Lara Pomerantz
                            Robert B. Sobelman
                            Assistant United States Attorneys
                            (212) 637-2109/2194/2343/2616

cc:    (by ECF)

       Counsel of Record