U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 28, 2022

**By ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Karim Elkorany*,
             20 Cr. 437 (NRB)

Dear Judge Buchwald:

    The Government respectfully submits this letter in the above-captioned matter to request, with the consent of the defendant, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today, January 28, 2022, until February 28, 2022, to permit time for the parties to continue to discuss a potential pretrial disposition of this matter. If the parties are unable to reach agreement within that time, the Government expects to ask the Court to set a trial date. *See* 18 U.S.C. § 3771(a)(7) (victims have the right "to proceedings free from unreasonable delay").

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                          United States Attorney

        By:   *Robert B. Sobelman*
                  Daniel C. Richenthal
                  Amanda L. Houle
                  Lara Pomerantz
                  Robert B. Sobelman
                  Assistant United States Attorneys
                  (212) 637-2109/2194/2343/2616

cc:    (by ECF)

        Counsel of Record