**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 28, 2022

**By ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application granted.  The Court excludes time under the Speedy Trial Act until February 28, 2022.  See 18 U.S.C. § 3161(h)(7)(A).
>
> SO ORDERED.
>
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated:    January 28, 2022
>           New York, N.Y.

Re:    *United States v. Karim Elkorany*,
       20 Cr. 437 (NRB)

Dear Judge Buchwald:

      The Government respectfully submits this letter in the above-captioned matter to request, with the consent of the defendant, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today, January 28, 2022, until February 28, 2022, to permit time for the parties to continue to discuss a potential pretrial disposition of this matter.  If the parties are unable to reach agreement within that time, the Government expects to ask the Court to set a trial date.  *See* 18 U.S.C. § 3771(a)(7) (victims have the right "to proceedings free from unreasonable delay").

      Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Daniel C. Richenthal
Amanda L. Houle
Lara Pomerantz
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-2109/2194/2343/2616

cc:    (by ECF)

      Counsel of Record