```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA


             - against -                          ORDER

                                                  20 CR 437 (NRB)
KARIM ELKORANY,

                      Defendant.
-----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** on May 24, 2022, the defendant pled guilty, it is hereby

    **ORDERED** that bail is revoked and Mr. Elkorany is remanded to the custody of the United States Marshal Service.


Dated:   New York, New York
           May 24, 2022

 

/s/
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE