UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

   v.

KARIM ELKORANY,

    Defendant.

**Amended Consent
Order of Restitution**

S1 20 Cr. 437 (NRB)

   Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Lara Pomerantz and Daniel C. Richenthal, Assistant United States Attorneys, of counsel; the presentence investigation report; the plea agreement; the defendant's pleas to conviction on Counts One and Three of the Superseding Indictment; entry of the prior order of restitution; the sentencing proceeding; and all other proceedings in this case, without objection from the defendant, it is hereby ORDERED that:

  1. **Amount of Restitution**

   Karim Elkorany, the defendant, shall pay restitution in the total amount of $15,263.76, pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664, to Victim-1 and Victim-14, as identified in the plea agreement, subject to modification as to both amounts and as to additional victims pursuant to 18 U.S.C. § 3664(d)(5), as stated at sentencing. The name, counsel and address, and specific amount owed to each of these victims is set forth in the sealed Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of or counsel for a victim, the Clerk of Court is authorized to send payments to the new address or counsel without further order of this Court.

A. **Apportionment Among Victims**

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid. Restitution shall be paid to the victims identified in the sealed Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution shall be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). While serving the term of imprisonment, the defendant shall make installment payments toward his restitution obligation, and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). Any unpaid amount remaining upon release from prison will be paid in installments in an amount or no less than 15 percent of the defendant's gross income on the first of each month.

3. **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required

by 18 U.S.C. § 3611.  The defendant shall write his name and the docket number of this case on each check or money order.

    4.    **Additional Provisions**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

    5.    **Restitution Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).  Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

    6.    **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Office, as need be to effect and enforce this Order, without further order of this Court.

SO ORDERED:

_____        __11/8/2022__
HONORABLE NAOMI REICE BUCHWALD        DATE
UNITED STATES DISTRICT JUDGE