**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 25, 2023

**By ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     ***United States v. Karim Elkorany,***
            **S2 20 Cr. 437 (NRB)**

Dear Judge Buchwald:

The Government respectfully submits this letter in the above-captioned matter, with the consent of the defendant, to request that the Court extend the deadline for the resolution of restitution from today to March 25, 2023.

As the Court is aware, at sentencing, consistent with the written plea agreement and first restitution order, and without objection from the defendant, the Court set a deadline for restitution of 90 days from sentencing. Since that time, the parties have engaged in discussions concerning additional restitution with respect to Victim-1, and a request for restitution with respect to Victim-2. Those discussions have been fruitful, but have not yet resulted in an agreement or a determination that any remaining disagreement is ready for resolution by the Court, including because the defendant recently changed counsel. Accordingly, with the consent of the defendant, the Government respectfully requests that the Court extend the deadline for resolution of restitution to March 25, 2023. *See United States v. Gushlak*, 728 F.3d 184, 191-92 (2d Cir. 2013); *United States v. Pickett*, 612 F.3d 147, 149 (2d Cir. 2010) (per curiam).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:     s/ Daniel C. Richenthal
            Amanda L. Houle / Lara Pomerantz
            Daniel C. Richenthal / Robert B. Sobelman
            Assistant United States Attorneys
            (212) 637-2194/2343/2109/2616

cc:     (by ECF)
        Counsel of Record

*Application granted.*

*Naomi Reice Buchwald,*
USDJ
1/26/23