LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

June 24, 2023

**BY ECF**
The Honorable Naomi Buchwald
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Karim Elkorany; S2 20 Cr. 437 (NRB)**

Dear Judge Buchwald:

    I represent Karim Elkorany in the above matter. I write, without objection from the Government, to respectfully request an extension of the deadline for the resolution of restitution for 30 days. The present deadline is June 26, 2023.

    Earlier this year, I began discussions with the Government and counsel for Victim-1 and Victim-2 concerning restitution. In March 2023, the Government produced numerous restitution-related documents with respect to Victim-2. I remain in the process of reviewing them and consulting with Mr. Elkorany, who is incarcerated at FCI Danbury. Unfortunately, my access to Mr. Elkorany has been quite limited as FCI Danbury rarely accommodates legal call requests. I am also in ongoing discussions with counsel for Victim-1 and Victim-2. Such discussions have not yet completed and more time is needed to either reach an agreement or request that that Court resolve any disputes. Accordingly, I respectfully request that the Court extend the June 26, 2023, deadline for the resolution of restitution for 30 days.

    Thank you for your consideration.

Application granted.

SO ORDERED.

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated: June 26, 2023
       New York, NY

Respectfully submitted,

/s/

Anthony Cecutti