

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 25, 2023

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Karim Elkorany*, S1 20 Cr. 437 (NRB)

Dear Judge Buchwald:

    The Government respectfully submits this letter to request a briefing schedule for Victim-2 to submit a request for restitution and for defendant Karim Elkorany to file any response.  The Government understands from counsel for Victim-2 that, despite extensive efforts, Victim-2 and the defendant have reached an impasse in their discussions.  Accordingly, the Government requests that the Court permit Victim-2 to submit a request for restitution on or before September 25, 2023, and set an appropriate deadline for the defendant to file any response thereto.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/
    Lara Pomerantz
    Daniel C. Richenthal
    Robert B. Sobelman
    Assistant United States Attorneys
    (212) 637-2343/2109/2616

```
Application granted.  Defendant's response is due
October 25, 2023.

SO ORDERED.
```

*[Signature: Naomi Reice Buchwald]*

```
       NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated:     September 6, 2023
           New York, NY
```