LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

October 16, 2023

**BY ECF**
The Honorable Naomi Buchwald
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

       **Re: United States v. Karim Elkorany; S2 20 Cr. 437 (NRB)**

Dear Judge Buchwald:

    I represent Karim Elkorany in the above matter. This afternoon, counsel for Victim-1 filed a reply to my response, dated October 2, 2023. I respectfully request leave to file a surreply by October 30, 2023.

    Thank you for your consideration.

                                 Respectfully submitted,

                                 /s/

                                 Anthony Cecutti

```
                              Application granted.
                              SO ORDERED.

                              [signature]
                              NAOMI REICE BUCHWALD
                              UNITED STATES DISTRICT JUDGE
                    Dated: October 17, 2023
                              New York, New York
```